# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2006

128592

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DOUGLAS ALEXANDER BOGAR,
       Defendant-Appellant.

SC: 128592
COA: 260571
Oakland CC: 02-187724-FH

_____/

On order of the Court, the application for leave to appeal the April 18, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

WEAVER and CORRIGAN, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

s0125